## Commonwealth v. Dworek, Appellant.

Submitted November 13, 1970. *John J. Dean,* Assistant Public Defender, for appellant; *Carol Mary*

800

*Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.